Roger Edward Jerome BIEROS, Appellant,

v.

PA. DEPT. OF CORRECTIONS/Jeffrey A. BEARD, PhD., Secretary of D.O.C., Warden, James L. Grace of SCI Huntingdon; SCIH Capt of Security, Fisher; SCIH Unit Manager, Hollibaugh, et al., Appellees.

Supreme Court of Pennsylvania.

Aug. 29, 2006.

*ORDER*

PER CURIAM.

AND NOW, this 29th day of August, 2006, probable jurisdiction is noted and the order of the Commonwealth Court is affirmed. The "Petition/Motion for Transfer to Eastern District Middle District is Court of Non Conveniens" is dismissed as moot.